# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
AUG 15 2005
CLERK US DIST COURT
ST. PAUL, MN

No. 04-1972

| | |
|---|---|
| United States of America, | * |
| Appellee, | * |
| vs. | * Appeal from the United States District Court for the District of Minnesota |
| Stepfon C. Killingsworth, | * CR 02-409 (2) RHK/AJB |
| Appellant. | * |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 6, 2005

Order Entered in Accordance with Opinion:
Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL