# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 5, 2005

OCT 17 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-409(2) RHK/AJB

Re: Stepfon C. Killingsworth
v. United States
No. 05-6817
(Your No. 04-1972)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 30, 2005 and placed on the docket October 5, 2005 as No. 05-6817.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
OCT 12 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 12, 2005

RECEIVED
BY MAIL
OCT 17 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: 04-1972 United States vs. S. Killingsworth

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Michael E. Gans
Clerk of Court

mer

Enclosure

District Court/Agency Case Number(s): CR 02-409(2) RHK/AJB