1975089

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
NOV 14 2005
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

RECEIVED
BY MAIL
NOV 21 2005
CLERK, US DIST. COURT
ST. PAUL, MN

November 7, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Stepfon C. Killingsworth
v. United States
No. 05-6817
(Your No. 04-1972)

CR 02-409(2) RHK/AJB

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

RECEIVED
NOV 14 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
NOV 21 2005
U.S. DISTRICT COURT ST. PAUL