UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs

ORDER
Cr.02- 409 RHK

Stepfon Killingsworth,

Defendant.

-------------------------

The defendant has filed a motion with this Court for Return of Property pursuant to FRP 41(g) or to Set Aside Administrative Forfeiture.

IT IS ORDERED, that the United States Attorney shall file a responsive memorandum on or before September 28, 2006.

Dated: September 8, 2006

Richard H. Kyle, Judge
U.S. District Court