# NOTICE OF SEIZURE AND INTENT TO FORFEIT PROPERTY

TO: Stephan Cornelius Killingsworth
(Name of person)

563 Bellows Ave, St Paul 55107
(Address)

USE BALL POINT PEN AND PRESS FIRMLY TO INSURE THAT COPIES ARE LEGIBLE

YOU ARE HEREBY NOTIFIED THAT: pursuant to Minnesota Statutes Section 609.5314, on August 27 2002 (yr), the following property was seized by the undersigned law enforcement agency at: (location of seizure) 563 Bellows, St Paul

in Ramsey County, and are being held for forfeiture:

$2490.00

(include both plate number and VIN for vehicles; attach additional sheets of paper if necessary)

Forfeiture of this property is automatic unless within 60 days of receipt of this form you demand a judicial determination of this matter. The procedure for obtaining a judicial determination is set out in Minnesota Statutes Section 609.5314, Subd. 3 on the reverse side of this form. IF YOU DO NOT DEMAND JUDICIAL REVIEW EXACTLY AS PRESCRIBED IN MINNESOTA STATUTES, SECTION 609.5314, SUBDIVISION 3, YOU LOSE THE RIGHT TO A JUDICIAL DETERMINATION OF THIS FORFEITURE AND YOU LOSE ANY RIGHT YOU MAY HAVE TO THE ABOVE DESCRIBED PROPERTY. YOU MAY NOT HAVE TO PAY THE FILING FEE FOR THE DEMAND IF DETERMINED YOU ARE UNABLE TO AFFORD THE FEE. IF THE PROPERTY IS WORTH $7,500 OR LESS, YOU MAY FILE YOUR CLAIM IN CONCILIATION COURT. YOU DO NOT HAVE TO PAY THE CONCILIATION COURT FILING FEE IF THE PROPERTY IS WORTH LESS THAN $500.

Yam khoom ntawd yuav cia li poob rau luag yog hais tias nyob rau hauv 60 hnub tom qab uas tau txais daim ntawv no koj tsis hais kom muaj lub rooj txiav txim plaub ntug nrog taug tus teeb meem no. Tus txheej txheem hais kom muaj lub rooj txiav txim plaub ntug nrog taug muaj sau tseg rau lub Xeev Minnesota cov kev cai tshooj 609.5314, qib 3 nyob rau daim ntawv no sab nraud. YOG HAIS TIAS KOJ TSIS THOV KOM MUAJ LUB ROOJ TXIAV TXIM PLAUB NTUG NROG TAUG RAWS NRAIM LI UAS TAU PIAV TSEG RAU HAUV XEEV MINNESOTA COV KEV CAI, TSHOOJ 609.5314 QIB 3, KOJ YUAV TSIS MUAJ CAI HAIS KOM MUAJ LUB ROOJ TXIAV TXIM PLAUB NTUG NROG TAUG TXOG YAM KHOOM POOB NTAWD, THIAB KOJ YUAV POOB TAG TXHUA TXOJ CAI HAIS TXOG COV KHOOM UAS TAU TEEV LOS SAUM NO. KOJ YUAV TSIS RAUG THEM TUS NQI NTAUB NTAWV HAIS YOG TIAS MUAB NTSUAM XYUAS LOS TXOG KOJ YUAV THEM TSIS TAUS. YOG QHOV KHOOM MUAJ NQI TSAWG TSHAJ LOS YOG MUAJ NQI TXOG LI $7,500 NYIAJ CES KOJ MUS UA NTAUB NTAWV HAIS HAUV CHAW HAIS PLAUB ME CONCILIATION COURT TAU. KOJ YUAV TSIS RAUG THEM TEJ NQI NTAUB NTAWB HAIS HAUV CHAW HAIS PLAUB ME CONCILIATION COURT YOG HAIS TIAS YAM KHOOM NTAWD TUS NQI TSAWG TSHAJ LI $500.

La confiscación de estas propiedades es automática, excepto cuando pida una determinación judicial de este asunto dentro de los 60 días siguientes después de haber recibido este aviso. El procedimiento para obtener una determinación judicial se establece en los estatutos de Minnesota, sección 609.5314, subdivisión 3, que aparece impresa en la parte posterior de este formulario. SI NO PIDE UNA REVISION JUDICIAL EXACTAMENTE TAL Y COMO SE PRESCRIBE EN LOS ESTATUTOS DE MINNESOTA, SECCION 609.5314, SUBDIVISION 3, PERDERA TODO DERECHO A UNA DETERMINACION JUDICIAL DE ESTA CONFISCACION Y TODOS LOS DERECHOS QUE PUEDA TENER SOBRE LAS PROPIEDADES DESCRITAS ANTERIORMENTE. ES POSIBLE QUE NO TENGA QUE PAGAR LOS HONORARIOS DE INTRODUCCION DE LA DEMANDA SI SE DETERMINA QUE NO TIENE MEDIOS PARA HACERLO. SI LA PROPIEDAD TIENE UN VALOR DE $7,500 DOLARES O MENOR, USTED PUEDED HACER UNA RECLAMACION EN EL TRIBUNAL DE CONCILIACION. NO TIENE QUE PAGAR HONORARIOS DE INTRODUCCION PARA EL TRIBUNAL DE CONCILIACIN SI EL VALOR DE LA PROPIEDAD ES MENOS DE 500 DOLARES.

## CERTIFICATE OF SERVICE

I certify that on August 27, 2002 (yr), I gave a true copy of this notice to the person named above at 563 Bellows Ave St Paul (location of service) and have seized the above described property for forfeiture.

| Signature of Officer | Badge No. | Date | Law Enforcement Agency |
|---|---|---|---|
| [signature] McSkan | 6127 | 8-27-02 | MGSF |

INSTRUCTIONS TO OFFICER: Administrative forfeitures and this form may be only used in limited circumstances. The only property which is subject to administrative forfeiture is: money, precious metals and precious stones if they are found in proximity to controlled substances, forfeitable drug manufacturing or distributing equipment or devices or forfeitable records of manufacture or distribution of controlled substances; a conveyance device which contains controlled substances with a retail value of $100 or more if possession or sale of the controlled substance is a felony under Minn. Stat. Chpt. 152; a firearm, ammunition or firearm accessory found either in a conveyance device used, or intended for use, to commit or facilitate the commission of a felony controlled substance offense or in or on proximity to a person from whom a felony amount of controlled substance is seized or on the premises where a controlled substance is seized and in proximity to the controlled substance if possession or sale of the controlled substance is a felony under Minn. Stat. Chpt. 152. Forfeiture of any other property is permissible only by judicial action and this form may not be used for that property.

**NOTE:
Serve copy of complaint on:
James B. Early
Assistant Attorney General
Capitol Office Building - Suite 500
525 Park Street
St. Paul, MN 55103

Original copy - GSF
Yellow Copy - Attorney General's Office
Pink Copy - Claimant

[redacted]

Case Number 02-00369

ATTACHMENT A

(seizure in Ramsey County)

MINNESOTA STATUTES SECTION 609.5314, SUBDIVISION 3

Judicial determination. (a) Within 60 days following service of a notice of seizure and forfeiture under this section, a claimant may file a demand for a judicial determination of the forfeiture. The demand must be in the form of a civil complaint and must be filed with the court administrator in the county in which the seizure occurred, together with proof of service of a copy of the complaint on the county attorney for that county, and the standard filing fee for civil actions unless the petitioner has the right to sue in forma pauperis under section 563.01. If the value of the seized property is $7,500 or less, the claimant may file an action in conciliation court for recovery of the seized property. If the value of the seized property is less than $500, the claimant does not have to pay the conciliation court filing fee. No responsive pleading is required of the county attorney and no court fees may be charged for the county attorney's appearance in the matter. The proceedings are governed by the rules of civil procedure.

(b) The complaint must be captioned in the name of the claimant as plaintiff and the seized property as defendant, and must state with specificity the grounds on which the claimant alleges the property was improperly seized and the plaintiff's interest in the property seized. Notwithstanding any law to the contrary, an action for the return of property seized under this section may not be maintained by or on behalf of any person who has been served with a notice of seizure and forfeiture unless the person has complied with this subdivision.

(c) If the claimant makes a timely demand for judicial determination under this subdivision, the appropriate agency must conduct the forfeiture under section 609.531, subdivision 6a. The limitations and defenses set forth in section 609.5311, subdivision 3, apply to the judicial determination.

(d) If a demand for judicial determination of an administrative forfeiture is filed under this subdivision and the court orders the return of the seized property, the court shall order that filing fees be reimbursed to the person who filed the demand. In addition, the court may order sanctions under section 549.211. If the court orders payment of these costs, they must be paid from forfeited money or proceeds from the sale of forfeited property from the appropriate law enforcement and prosecuting agencies in the same proportion as they would be distributed under section 609.5315, subdivision 5.

ESTATUTOS DE MINNESOTA, SECCION 609.5314, SUBDIVISION 3

[DETERMINACION JUDICIAL.] (a) Dentro de los 60 días siguientes a la entrega de un aviso de embargo y confiscación, de conformidad con esta sección, un reclamante podrá presentar una petición de determinación judicial de una confiscación. La petición deberá adoptar la forma de una reclamación civil y se deberá presentar al administrador del condado en que se haya producido el embargo, junto con una prueba de entrega de una copia de la reclamación al fiscal de condado correspondiente y los honorarios estándar de introducción de acciones civiles. Salvo que el solicitante tenga el derecho de demandar in forma pauparis de conformidad con la sección 563.01. Si el valor de la propiedad confiscada es $7,500 dólares o menor, el reclamante puede presentar una acción ante el tribunal de conciliación para la recuperación de la propiedad confiscada. Si el valor de la propiedad confiscada es inferior a $500 dólares, el reclamante no tiene que pagar el honorario por presentación ante el tribunal de conciliación. No se requiere litigación de respuesta del fiscal del condado y no se pueden cobrar honorarios legales por la intervención del fiscal del condado en lo que concierne al asunto. Los procedimientos se regirán por las reglas de procesos civiles.

(b) La reclamación se deberá encabezar a nombre del reclamante como demandante y las propiedades embargadas como parte demandada, y deberá señalar, de modo específico, las bases según las cuales sostiene el querellante que las propiedades se embargaron incorrectamente así como el interés del demandante en las propiedades embargadas.

(c) Si el reclamante presenta una petición oportuna de determinación judicial, de conformidad con esta subdivisión, la dependencia apropiada deberá efectuar la confiscación de conformidad con la sección 609.531, subdivisión 6a. Las limitaciones y defensas establecidas en la sección 609.5311, subdivisión 3, aplican a la determinación judicial.

(d) Si se presenta una petición de determinación judicial de una confiscación administrativa, de conformidad con esta subdivisión, y el tribunal ordena que se devuelvan las propiedades embargadas, el tribunal deberá ordenar que se le devuelvan los honorarios de introducción a la persona que presentó la petición. Además, el tribunal ordenará sanciones bajo la sección 549.211. Si el tribunal ordena que se paguen dichos costos, se deberán abonar con dinero de confiscaciones o recaudado mediante la venta de propiedades confiscadas por las dependencias apropiadas de aplicación de las leyes y fiscalía, en la misma proporción en que se distribuirían de conformidad con la sección 609.5315, subdivisión 5.

MINESOTA COV KEV CAI TSHOOJ 609.5314

{KEV SOJ NTSUAM RAWS LI TXOJ CAI LIJ CHOJ.} (a). Nyob nruab nrab ntawm 60 hnub tom qab uas tau txais cov ntaub ntawv fuab khoom uas zwm rau hauv tshooj cais no, tus neeg yuav hais kom tau yam khoom ntawd muaj cai ua ntawv thov kom muaj kev taug txoj cai raws li kev cai lij choj txog tej khoom fuab ntawd. Txoj kev thov kom lawv yuav tsum muaj kev taug txoj cai rau tus neeg ntawd mas yuav tau hais mus raws li plaub ntug pej xeem thiab yuav tsum ua ntaub ntawv foob cob tseg rau cov tub teej num tsev txiav txim plaub ntug nyob rau hauv lub nroog uas tej khoom tau raug fuab nrog rau tej qauv ntaub ntawv pov thawj tsis txaus siab uas tau xa mus cuag tus kws lij choj li plaub ntug rau lub nroog ntawd tuaj, thiab tus nqi foob raws li txoj kev cai. Yuav zam tau tus nqi foob no yog tias tus neeg foob siv tau txoj cai foob nyob rau hauv tshooj cai neeg txom nyem 563.01. Yog tias tus nqi ntawm cov khoom uas tau fuab los ntawd tsawg dua los yog raug nqi li $7,500 nyiaj mas tus neeg yuav hais kom tau yam khoom ntawd muaj cai ua ntaub ntawv mus rau hauv lub tsev txiav txim plaub ntug. Yog tias yam khoom luag muab lawm tus nqi tsawg tshaj $500 nyiaj, tus neeg yuav hais kom tau yam khoom ntawd tsis tau them tus nqi ua ntaub ntawv mus hais hauv chaw hais plaub me conciliation court. Tau xa mus cuag, thiab yuav tsis kom tus kws lij choj hauv lub nroog uas tuaj hais rooj lus ntawd them nqi tuaj sib hais hauv tsev hais plaub. Tus txheej txheem hais plaub yuav tau ua raws kev cai pejxeem sib foob (Rules of Civil Procedure).

(b) Tsab ntawv ua mus hais hauv tsev txiav plaub yuav tsum sau tus neeg tuaj hais no lub npe ua tus foob, sau cov khoom luag muab lawm ua tus raug foob, yuav tsum tau qhia kom meej txog cov ntsiab lus tawm tsam tias cov khoom ntawd raug fuab tsis raws li txoj kev cai li cas, tus neeg foob lub siab nyiam thiab xav tau dab tsi los ntawm cov khoom uas raug fuab ntawd. Txawm yuav muaj pes tsawg txoj cai li cas los xij, yuav muab tsis tau tej khoom uas fuab los ntawd xa rov qab rau tus tswv uas twb tau txais daim ntawv txo cai thiab daim ntawv fuab khoom lawm, nauj caj hais tias tus tswv mus ua ntaub ntawv raws li tus txheej txheem tau teev nyob rau txoj cai hais los ntawm no.

(c) Yog tias tus neeg foob ua ntaub ntawv thov kom tsev txiav txim nrog nws taug kom sai li muaj nyob rau hauv tshooj cai lij choj no mas cov chaw tuav ntaub ntawv txog txoj kev fuab khoom yuav tsum tau ua kom raws li tshooj 609.531, qib 6(a). Kev tswj tsis pub hais thiab kev daws plaub ntug uas sau rau hauv tshooj 609.5311, qib 3, yog siv tau rau kev soj ntsuam raws li txoj cai lij choj.

(d) Yog tias txoj kev thov txog kev taug raws li txoj cai lij choj tau pom zoo thiab txo txoj cai, thiab lub tsev txiav txim plaub ntug kom muab tej khoom fuab ntawd xa rov qab, lub tsev txiav txim plaub ntug yuav kom thim cov nqi foob rau tus neeg uas ua tsab ntawv foob. Tsis tas li ntawd, lub tsev txiav txim plaub ntug tseem yuav nplua tau raws li tshooj 549.211. Yog lub tsev tu plaub ntug txiav txim kom them tej nuj nqis uas tau siv lawm, yuav tsum yog muab los ntawm cov nyiaj thiab tej khoom uas raug fuab ntawd, los yog los ntawm cov nyiaj uas tau muab tej khoom ntawd muag thiab tau muab ceev tseg nyob rau tsev teej num tub ceev xwm, tsev koom txoos sawv cev ntawm chawv tsub txim plaub ntug uas raws li txoj kev faib khoom zwm nyob txhooj cai li choj tshooj 609.5315, qib 5.

TO: Stepton Cornelius Killingsworth
(Name of person given notice)
563 Bellows Ave. St. Paul, MN 55107
(Address)

YOU ARE HEREBY NOTIFIED THAT pursuant to Minnesota Statutes Section 609.5314, on Aug. 27th, ~~19~~ 2002, the following motor vehicle and/or money, precious metals or precious stones were seized by the undersigned law enforcement agency at (location of seizure) 563 Bellows in County, and are being held for forfeiture: [See **NOTE below]

$ 243.00 CASH

(Include both plate number and VIN number for vehicles; attach additional sheets of paper if necessary)

Forfeiture of this property is automatic unless within 60 days of receipt of this form you demand a judicial determination of this matter. The procedure for obtaining a judicial determination is set out in Minnesota Statutes Section 609.5314, Subd. 3 on the reverse side of this form.

IF YOU DO NOT DEMAND JUDICIAL REVIEW EXACTLY AS PRESCRIBED IN MINNESOTA STATUTES, SECTION 609.5314, SUBDIVISION 3, YOU LOSE THE RIGHT TO A JUDICIAL DETERMINATION OF THIS FORFEITURE AND YOU LOSE ANY RIGHT YOU MAY HAVE TO THE ABOVE DESCRIBED PROPERTY. YOU MAY NOT HAVE TO PAY THE FILING FEE FOR THE DEMAND IF DETERMINED YOU ARE UNABLE TO AFFORD THE FEE. YOU DO NOT HAVE TO PAY THE FILING FEE IF THE PROPERTY IS WORTH LESS THAN $500 AND YOU FILE YOUR CLAIM IN CONCILIATION COURT.

Nqi nplua ntawm cov khoom no yuav cia li raug nplua, tsuas yog hais tias nyob rau hauv 60 hnub tom qab uas tau txais daim ntawv no koj tau mus cuag lub rooj txiav txim plaub ntug nrog taug tus teeb meem no. Tus txheej txheem uas yuav tau txais kev txiav txim raws li kev cai lij choj tau muab teem tseg rau lub Xeev Minnesota tus txhooj, tshooj 609.5314, qib 3 nyob rau sab ntawv nraud.

YOG HAIS TIAS KOJ TSIS THOV KOM MUAJ KEV SIB TAUG LUS RAWS LI KEV CAI LIJ CHOJ LAWV NRAIM LI UAS TAU PIAV TSEG RAU HAUV XEEV MINNESOTA TUS TXHOOJ, TSHOOJ 609.5314, QIB 3, KOJ YUAV POOB CAI TXOG KEV TAUG TXOJ CAI RAWS LI KEV CAI LIJ CHOJ TXOG KEV THEM NQI NPLUA, THIAB KOJ YUAV POOB TAG TXHUA TXOJ CAI HAIS TXOG COV KHOOM UAS TAU TEEV LOS SAUM NO. KOJ YUAV TSIS RAUG THEM TUS NQI NTAUB NTAWV YOG TIAS MUAB NTSUAM XYUAS LOS TXOG KOJ YUAV THEM TSIS TAUS. KOJ YUAV TSIS RAUG THEM TEJ NQI NTAUB NTAWV YOG HAIS TIAS YAM KHOOM NTAWD TUS NQI TSAWG TSHAJ LI $500 THIAB KOJ MUS FOOB RAU TOM LUB TSEV TXHIM KHO PLAUB NTUG QIB QIS (CONCILIATION COURT).

La confiscación de estas propiedades es automática, excepto cuando pida una determinación judicial de este asunto dentro de los 60 días siguientes a su recepción de este aviso. El procedimiento para obtener una determinación judicial se establece en los estatutos de Minnesota, sección 609.5314, subdivisión 3, que aparece impresa en la parte posterior de este formulario.

SI NO PIDE UNA REVISION JUDICIAL EXACTAMENTE TAL Y COMO SE PRESCRIBE EN LOS ESTATUTOS DE MINNESOTA, SECCION 609.5314, SUBDIVISION 3, PERDERA TODO DERECHO A UNA DETERMINACION JUDICIAL DE ESTA CONFISCACION Y TODOS LOS DERECHOS QUE PUEDA TENER SOBRE LAS PROPIEDADES DESCRITAS ANTERIORMENTE. ES POSIBLE QUE NO TENGA QUE PAGAR LOS HONORARIOS DE INTRODUCCION DE LA DEMANDA SI SE DETERMINA QUE NO TIENE MEDIOS PARA HACERLO. NO TIENE QUE PAGAR HONORARIOS DE INTRODUCCION SI EL VALOR DE LA PROPIEDAD ES MENOS DE 500 DOLARES Y PRESENTA SU RECLAMACION ANTE UN TRIBUNAL DE CONCILIACION.

## CERTIFICATE OF SERVICE

I certify that on Aug. 27th, ~~19~~ 2002, I gave a true copy of this notice to the person named above at (location of service) 563 Bellows and have seized the above described property for forfeiture.

T. Pinoniemi 719 08/27/02 Minnesota Gang Strike Force
Signature of Officer Badge No. Date Law Enforcement Agency
PINONIEMI

INSTRUCTIONS TO OFFICER: Use this form ONLY in controlled substance seizures when seizing vehicles, money, precious stones or metals. Vehicles must contain $100 or more (street value) of controlled substance. Money, precious stones or metals must be found with or in proximity to controlled substance or drug distribution or manufacturing equipment or records. USE BALL POINT PEN AND PRESS FIRMLY TO INSURE THAT COPIES ARE LEGIBLE.

** NOTE:
Serve copy of complaint on:
James B. Early
Assistant Attorney General
1400 NCL Tower
445 Minnesota St.
St. Paul, MN 55101-2131

Original Copy - GSF
Yellow Copy - Attorney General's Office
Pink Copy - Claimant

[redacted]

Case Number 02-000-345

ATTACHMENT B

(seizure in Ramsey County)

## MINNESOTA STATUTES SECTION 609.5314
## SUBDIVISION 3

[JUDICIAL DETERMINATION.] (a) Within 60 days following service of a notice of seizure and forfeiture under this section, a claimant may file a demand for a judicial determination of the forfeiture. The demand must be in the form of a civil complaint and must be filed with the court administrator in the county in which the seizure occurred, together with proof of service of a copy of the complaint on the county attorney for that county, and the standard filing fee for civil actions, unless the petitioner has the right to sue in formpa pauperis under 563.01. If the value of the seized property is less than $500, the claimant may file an action in conciliation court for recovery of the seized property without paying the conciliation court filing fee. No responsive pleading is required of the county attorney and no court fees may be charge for the county attorney's appearance in the matter. The proceedings are governed by the rules of civil procedure.

(b) The complaint must be captioned in the name of the claimant as plaintiff, the seized property as defendant, and must state with specificity the grounds on which the claimant alleges the property was improperly seized and stating the plaintiff's interest in the property seized. Notwithstanding any law to the contrary, an action for the return of property seized under this section may not be maintained by or on behalf of any person who has been served with a notice of seizure and forfeiture unless the person has complied with this subdivision.

(c) If the claimant makes a timely demand for judicial determination under this subdivision, the appropriate agency must conduct the forfeiture under Minnesota Statutes section 609.531, subd. 6(a).

(d) If a demand for judicial determination of an administrative forfeiture is filed under this subdivision and the court orders the return of the seized property, the court shall order that filing fees be reimbursed to the person who filed the demand. In addition, the court may order the payment of reasonable costs, expenses, and attorney fees under section 549.21, subd. 2. If the court orders payment of these costs, they must be paid from forfeited money or proceeds from the sale of forfeited property from the appropriate law enforcement and prosecuting agencies in the same proportion as they would be distributed under section 609.5315, subd. 5.

## MINNESOTA TUS TXHOOJ KEV CAI LIJ CHOJ TSHOOJ 609.5314
## QIB 3

[KEV SOJ NTSUAM RAWS LI TXOJ CAI LIJ CHOJ.] (a) Nruab nrab ntawm 60 hnub tom qab uas tau txais cov ntaub ntawv fuab khoom uas zwm rau hauv tshooj cai no, tus neeg uas raug teeb meem muaj cai ua ntawv thov kom muaj kev taug txoj cai raws li kev cai lij choj txog tej khoom fuab ntawd. Txoj kev thov kom muaj kev taug txoj cai yuav tsum yog hais mus raws li plaub ntug pej xeem thiab yuav tsum yog cov ntaub ntawv rau cov tub teej num tsev txiav txim plaub ntug nyob rau hauv cheeb tsam Nroog uas tej khoom raug fuab ntawd, nrog rau tej ntaub ntawv pov thawj uas tsis txaus siab nyob rau hauv cov kws lij choj nroog nyob rau lub nroog ntawd, thiab tus nqi foob raws li kev cai ntawd, los yog hais tias tus neeg uas thov kom hais ntawd muaj txoj cai foob nyob rau hauv tshooj cai neeg txom nyem tshooj 563.01. Yog hais tias tus nqi ntawm cov khoom uas tau fuab los ntawd tsawg dua li $500, tug neeg uas raug teeb meem muaj cai ua ntaub ntawv mus rau hauv lub tsev txiav txim plaub ntug qib qis txog qhov uas yuav muab tej khoom ntawd rov qab tsis tau them nqi dab tsi li. Yuav tsis raug them tus nqi sib foob rau cov kws lij choj nroog thiab yuav tsis raug them nqi ntaub ntawv plaub ntug rau cov kws lij choj nroog uas tuaj hais rooj lus ntawd. Cov nqi lus saum no raug tswj fwm los ntawm pej xeem txoj cai tswj fwm.

(b) Tus neeg uas tsib nuj yuav tsum raug sau npe rau ntawm tus neeg uas raug teeb meem qhov chaw ua tus uas tsis txaus siab, cov uas tuaj fuab khoom yog cov tiv thaiv, thiab yuav tsum tau qhia meej txog qhov teeb meem tias cov khoom ntawd raug fuab los tsis raws li txoj cai thiab qhia txog tus neeg tsis txaus siab ntawd qhov uas ntshaw yam khoom uas tau raug fuab ntawd. Txawm muaj tsawg txoj cai lij choj li cas los xij, lub luag num uas yuav muab tej khoom fuab los xa rov qab uas nyob rau hauv tshooj lus no yuav tsis raug saib xyuas los yog nyob rau hauv ib leeg tus twg uas tau raug xa tsab ntawv fuab khoom no tuaj tsuas yog hais tias tus neeg ntawd ua raws li cov qib lus no.

(c) Yog hais tias tus neeg uas thov kev ncaj ncees ntawd ua zaj ua ntxeev kom muaj kev taug raws li kev cai lij choj uas nyob rau hauv tshooj no, cov tub sawv cev ntawm tej lub koom txoos yuav tsum coj txoj kev fuab khoom raws li Minnesota tus txhooj kev cai lij choj 609.531, qib 6(a).

(d) Yog hais tias txoj kev thov txog kev taug raws li kev cai lij choj tau raug pom zoo sib hais mus raws li pawg kev cai lij choj thiab lub tsev txiav txim plaub ntug kom muab tej khoom fuab ntawd xa rov qab, lub tsev txiav txim plaub ntug yuav kom thim cov nqi foob rov qab rau tus neeg uas ua tsab ntawv foob ntawd. Ntxiv me ntsis thiab, tej zaum lub tsev txiav txim plaub ntug tseem yuav hais kom thim tej nyiaj txiag uas tau siv los lawd, thiab nqi rau kws lij choj nyob rau hauv tus txhooj tshooj 549.21 qib 2. Yog hais tias lub tsev tu plaub ntug kom them tej nyiaj txiag uas tau siv lawd, yuav tsum yog them los ntawm cov nyiaj uas raug fuab ntawd los yog los ntawm cov paj uas muag tej khoom fuab ntawd uas cov tsev teej num tub ceev xwm los yog cov koom txoos sawv cev ntawm tej tub txiav txim plaub ntug uas nyob rau hauv tus txhooj tshooj 609.5315, qib 5.

## ESTATUTOS DE MINNESOTA, SECCION 609.5314
## SUBDIVISION 3

[DETERMINACION JUDICIAL.] (a) Dentro de los 60 días siguientes a la entrega de un aviso de embargo y confiscación, de conformidad con esta sección, un reclamante podrá presentar una petición de determinación judicial de una confiscación. La petición deberá adoptar la forma de una reclamación civil y se deberá presentar al administrador del condado en que se haya producido el embargo, junto con una prueba de entrega de una copia de la reclamación al fiscal de condado correspondiente y los honorarios estándar de introducción de acciones civiles. No se requiere litigación de respuesta del fiscal del condado y no se pueden cobrar honorarios legales por la intervención del fiscal del condado en lo que concierne al asunto. Los procedimientos se regirán por las reglas de procesos civiles.

(b) La reclamación se deberá encabezar a nombre del reclamante como demandante y las propiedades embargadas como parte demandada, y deberá señalar de modo especifico las bases según las cuales sostiene el querellante que las propiedades se embargaron incorrectamente e indicando el interés del demandante en las propiedades embargadas. A pesar de cualquier ley que indique lo contrario, no se podrá mantener ninguna acción legal para la devolución de propiedades embargadas de conformidad con esta sección por o por cuenta de cualquier persona que haya recibido un aviso de embargo y confiscación, a menos que dicha persona haya cumplido las disposiciones de esta subdivisión.

(c) Si el reclamante presenta una petición oportuna de determinación judicial, de conformidad con esta subdivisión, la dependencia apropiada deberá efectuar la confiscación de conformidad con la sección 609.531, subdivisión 6a.

(d) Si se presenta una petición de determinación judicial de una confiscación administrativa, de conformidad con esta subdivisión, y el tribunal ordena que se devuelvan las propiedades embargadas, el tribunal deberá ordenar que se le devuelvan los honorarios de introducción a la persona que presentó la petición. Además, el tribunal puede ordenar el pago de costos, gastos y honorarios legales apropiados, de conformidad con la sección 549.21, subdivisión 2. Si el tribunal ordena que se paguen dichos costos, se deberán abonar con dinero de confiscaciones o recaudado mediante la venta de propiedades confiscadas por las dependencias apropiadas de aplicación de las leyes y fiscalia, en la misma proporción en que se distribuirían de conformidad con la sección 609.5315, subdivisión 5.

GOVERNMENT EXHIBIT 19

STATE OF MINNESOTA

# OFFICE OF THE ATTORNEY GENERAL

TO : JOHN BOULGER
Gang Strike Force
RON RYAN
Gang Strike Force

DATE : February 5, 2003

FROM : JAMES B. EARLY
Assistant Attorney General
525 Park St., #500
St. Paul, MN 55103

PHONE : (651) 296-8429 (Voice)
(651) 297-4348 (Fax)
(651) 282-2525 (TTY)

SUBJECT : **Uncontested Administrative Forfeitures**

The following Administrative Forfeiture Notices have not been contested and the property is, therefore, being forfeited:

| Defendant's Name | Property | Case Number | Date Notice Served |
|---|---|---|---|
| | | | |
| Hicks, Jerry | $390 | 02-000-178 | 5-1-02 |
| Mays, Ronald | $1,377 | 01-000-464 | 5-9-02 |
| Cox, Patrick | 1992 Mitsubishi Galant; .38 S&W #28417 | 02-126-776 Mpls. number? | 5-15-02 |
| Sanchez, Arthur | 2001 Ford F-120 | 02-000-210 | 5-21-02 |
| Martinez, Roosevelt | 2001 Ford F-120 | 02-000-210 | 5-21-02 |
| Pena, Lauro | 1995 Chev Beretta | 02-000-210 | 5-22-02 |
| Sanchez, Kristian | 1995 Chev Beretta | 02-000-210 | 5-22-02 |
| Sanchez, Tessa | 1992 Honda Accord | 02-000-210 | 5-22-02 |
| Carter, Andre | $692 | 02-000-244 | 6-11-02 |
| Edwards, Anthony | $1,916; 1 necklace; 4 rings | 02-000-251 | 6-11-02 |
| Marshall, Dameone | $1,440 | 02-000-276 | 6-26-02 |
| Buford, Eric | $726 | 02-000-276 | 6-26-02 |
| Jurado, Maria | $4,825; Astra .22 pistol | 02-000-335 | 8-9-02 |
| Gaines, Bernard | $722 | 02-000-265(365)? | 8-19-02 |
| Newton, Ramsey | $520 | 02-000-265(365)? | 8-19-02 |
| Shabuzzbey, Abuwi | $102 | 02-000-363 | 8-22-02 |
| Greenwood, Christopher | $1,054 | 02-000-363 | 8-22-02 |

[redacted]

ATTACHMENT C

| Defendant's Name | Property | Case Number | Date Notice Served |
|---|---|---|---|
| Killingsworth, Stephon | $2,490 | 02-000-345 | 8-27-02 |
| Killingsworth, Stephon | $243 | 02-000-345 | 8-27-02 |
| Killingsworth, Stephon | 1991 Chev Caprice | 02-000-369 | 9-17-02 |
| Johnson, Yanika | $700 | 02-000-379 | 9-5-02 |
| Cribbs, David | $130; electronic gear | 02-000-379 | 9-5-02 |
| Cribbs, David | $264; Buick Park Avenue | 02-000-379 | 9-5-02 |
| Cribbs, David and Johnson, Yanika | $230; $637; $488; $779 | 02-000-379 | 9-5-02 |
| Cribbs, David and Johnson, Yanika (duplicate) | $230; $637; $488; $779 (duplicate) | 02-000-379 (duplicate) | 9-5-02 (duplicate) |
| Thor, Lor | 1990 Honda Civic | 02-000-343 | 9-26-02 |
| Smith, Thomas | $155 | 02-000-405 | 10-3-02 |
| Simons, Bernetta and Robinson, Kelvin | $949; $805 | 02-000-405 | 10-3-02 |
| Robinson, Kelvin | $124 | 02-000-405 | 10-3-02 |
| Williams, Alonzo | $354 | 02-000-408 | 10-7-02 |
| Cervantes, Jose | 1998 VW Beetle | 02-000-187 | 10-17-02 |

I am enclosing Administrative Forfeiture Certificates for each of the vehicles forfeited. The Patrick Cox (1992 Mitsubishi) notice was a Minneapolis Police Department form. I checked with Vicki Leonard at Hennepin County Attorney's Office and she said that Mr. Cox had not served their office with a challenge either.

On the David Cribbs (case #02-000-379) 9-5-02 forfeiture notice for $130 plus 43 DVDs, some Play Station games, two TVs, and a DVD player, only the $130 is being forfeited. The other property cannot be forfeited administratively. If you would like to forfeit this other property with a court action, please let me know.

As always, check with the prosecutor to make sure that the property is not needed as evidence before selling it or otherwise disposing of it.

If you have any questions, please give me a call.

Enclosures

AG: #799620-v1

Killingsworth

**STATE OF MINNESOTA**

**OFFICE OF THE ATTORNEY GENERAL**

**ADMINISTRATIVE FORFEITURE CERTIFICATE**

I hereby certify that the Attorney General's Office has not been served with any complaint contesting the forfeiture of the property described in the attached Notice of Seizure and Intent to Forfeit Property.

Dated: Jan. 31, 2003

James B. Early

JAMES B. EARLY
Assistant Attorney General
Atty. Reg. No. 25306

525 Park Street, #500
St. Paul, Minnesota 55103-2106
(651) 296-8429 (Voice)
(651) 282-2525 (TTY)

# NOTICE OF SEIZURE AND INTENT TO FORFEIT PROPERTY

TO: STEPHON CORNELIUS KILLINGSWORTH
(Name of person)
563 Bellows, St Paul
(Address)

USE BALL POINT PEN AND PRESS FIRMLY TO INSURE THAT COPIES ARE LEGIBLE

YOU ARE HEREBY NOTIFIED THAT: pursuant to Minnesota Statutes Section 609.5314, on August 27, 2002 (yr), the following property was seized by the undersigned law enforcement agency at (location of seizure) 563 Bellows, St Paul in Ramsey (See Lower Right Corner) County, and are being held for forfeiture: 1991 Chevrolet Caprice 4 door VIN: 1G1BL5378MR138305

(Include both plate number and VIN for vehicles; attach additional sheets of paper if necessary)

Forfeiture of this property is automatic unless within 60 days of receipt of this form you demand a judicial determination of this matter. The procedure for obtaining a judicial determination is set out in Minnesota Statutes Section 609.5314, Subd. 3 on the reverse side of this form. IF YOU DO NOT DEMAND JUDICIAL REVIEW EXACTLY AS PRESCRIBED IN MINNESOTA STATUTES, SECTION 609.5314, SUBDIVISION 3, YOU LOSE THE RIGHT TO A JUDICIAL DETERMINATION OF THIS FORFEITURE AND YOU LOSE ANY RIGHT YOU MAY HAVE TO THE ABOVE DESCRIBED PROPERTY. YOU MAY NOT HAVE TO PAY THE FILING FEE FOR THE DEMAND IF DETERMINED YOU ARE UNABLE TO AFFORD THE FEE. IF THE PROPERTY IS WORTH $7,500 OR LESS, YOU MAY FILE YOUR CLAIM IN CONCILIATION COURT. YOU DO NOT HAVE TO PAY THE CONCILIATION COURT FILING FEE IF THE PROPERTY IS WORTH LESS THAN $500.

Yam khoom ntawd yuav cia li poob rau luag yog hais tias nyob rau hauv 60 hnub tom qab uas tau txais daim ntawv no koj tsis hais kom muaj lub rooj txiav txim plaub ntug nrog taug tus teeb meem no. Tus txheej txheem hais kom muaj lub rooj txiav txim plaub ntug nrog taug muaj sau tseg rau lub Xeev Minnesota cov kev cai tshooj 609.5314, qib 3 nyob rau daim ntawv no sab nraud. YOG HAIS TIAS KOJ TSIS THOV KOM MUAJ LUB ROOJ TXIAV TXIM PLAUB NTUG NROG TAUG RAWS NRAIM LI UAS TAU PIAV TSEG RAU HAUV XEEV MINNESOTA COV KEV CAI, TSHOOJ 609.5314 QIB 3, KOJ YUAV TSIS MUAJ CAI HAIS KOM MUAJ LUB ROOJ TXIAV TXIM PLAUB NTUG NROG TAUG TXOG YAM KHOOM POOB NTAWD, THIAB KOJ YUAV POOB TAG TXHUA TXOJ CAI HAIS TXOG COV KHOOM UAS TAU TEEV LOS SAUM NO. KOJ YUAV TSIS RAUG THEM TUS NQI NTAUB NTAWV HAIS YOG TIAS MUAB NTSUAM XYUAS LOS TXOG KOJ YUAV THEM TSIS TAUS. YOG QHOV KHOOM MUAJ NQI TSAWG TSHAJ LOS YOG MUAJ NQI TXOG LI $7,500 NYIAJ CES KOJ MUS UA NTAUB NTAWV HAIS HAUV CHAW HAIS PLAUB ME CONCILIATION COURT TAU. KOJ YUAV TSIS RAUG THEM TEJ NQI NTAUB NTAWB HAIS HAUV CHAW HAIS PLAUB ME CONCILIATION COURT YOG HAIS TIAS YAM KHOOM NTAWD TUS NQI TSAWG TSHAJ LI $500.

La confiscación de estas propiedades es automática, excepto cuando pida una determinación judicial de este asunto dentro de los 60 días siguientes después de haber recibido este aviso. El procedimiento para obtener una determinación judicial se establece en los estatutos de Minnesota, sección 609.5314, subdivisión 3, que aparece impresa en la parte posterior de este formulario. SI NO PIDE UNA REVISION JUDICIAL EXACTAMENTE TAL Y COMO SE PRESCRIBE EN LOS ESTATUTOS DE MINNESOTA, SECCION 609.5314, SUBDIVISION 3, PERDERA TODO DERECHO A UNA DETERMINACION JUDICIAL DE ESTA CONFISCACION Y TODOS LOS DERECHOS QUE PUEDA TENER SOBRE LAS PROPIEDADES DESCRITAS ANTERIORMENTE. ES POSIBLE QUE NO TENGA QUE PAGAR LOS HONORARIOS DE INTRODUCCION DE LA DEMANDA SI SE DETERMINA QUE NO TIENE MEDIOS PARA HACERLO. SI LA PROPIEDAD TIENE UN VALOR DE $7,500 DOLARES O MENOR, USTED PUEDED HACER UNA RECLAMACION EN EL TRIBUNAL DE CONCILIACION. NO TIENE QUE PAGAR HONORARIOS DE INTRODUCCION PARA EL TRIBUNAL DE CONCILIACIN SI EL VALOR DE LA PROPIEDAD ES MENOS DE 500 DOLARES.

## CERTIFICATE OF SERVICE

I certify that on September 17, 2002 (yr), I gave a true copy of this notice to the person named above at 1919 University Ave Suite 550 (location of service) and have seized the above described property for forfeiture.

| [signature] | 6123/MGSF267 | 9-17-02 | MGSF |
|---|---|---|---|
| Signature of Officer | Badge No. | Date | Law Enforcement Agency |

INSTRUCTIONS TO OFFICER: Administrative forfeitures and this form may be only used in limited circumstances. The only property which is subject to administrative forfeiture is: money, precious metals and precious stones if they are found in proximity to controlled substances, forfeitable drug manufacturing or distributing equipment or devices or forfeitable records of manufacture or distribution of controlled substances; a conveyance device which contains controlled substances with a retail value of $100 or more if possession or sale of the controlled substance is a felony under Minn. Stat. Chpt. 152; a firearm, ammunition or firearm accessory found either in a conveyance device used, or intended for use, to commit or facilitate the commission of a felony controlled substance offense or in or on proximity to a person from whom a felony amount of controlled substance is seized or on the premises where a controlled substance is seized and in proximity to the controlled substance if possession or sale of the controlled substance is a felony under Minn. Stat. Chpt. 152. Forfeiture of any other property is permissible only by judicial action and this form may not be used for that property.

NOTE:
Serve copy of complaint on:
James B. Early
Assistant Attorney General
Capitol Office Building - Suite 500
525 Park Street
St. Paul, MN 55103

(seizure in Ramsey County)

Original copy - GSF
Yellow Copy - Attorney General's Office
Pink Copy - Claimant

Case Number 02-000369

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - -x

United States of America, :

Plaintiff, :

vs. :

Stepfon Killingsworth, :

Defendant. :

- - - - - - - - - - - - - - - - -x

02-CR-409 (02) RHK/AJB
February 3, 2004
St. Paul, Minnesota

TRANSCRIPT OF PROCEEDINGS

(Evidentiary Hearing)

BEFORE THE HONORABLE RICHARD H. KYLE

U.S. DISTRICT COURT JUDGE

--oOo--

Robert W. Riley
United States Court Reporter
646 U.S. Courthouse
316 North Robert St.
St. Paul, MN 55101-1549
(651) 848-1220

ATTACHMENT D

KILLINGSWORTH HEARING

A Yes.
Q I am showing you what is Exhibit 19. Exhibit 19 is a state attorney general's list of administrative forfeitures. Do you see that the amount of $2,490 was forfeited from Stepfon Killingsworth?
A Correct.
MR. WALBRAN: I offer the exhibit.
MR. GOETZ: No objection, Your Honor.
THE COURT: Received.
(Government's Exhibit 19 offered and received in evidence.)

BY MR. WALBRAN:
Q Was that sum of money seized from his apartment?
A That's correct.
Q Was another $243 forfeit as to Mr. Killingsworth?
A Correct.
Q Was that money seized from his person?
A Correct.
Q Exhibit 21, a revolver. Was that seized from his apartment?
A Correct.
MR. GOETZ: Objection, Your Honor; relevance. May we approach on this, Your Honor?
THE COURT: There's no reason to approach, I don't think. What is the issue? I understood the firearm is