# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-409(RHK/AJB)

STEPFON CORNELIUS KILLINGSWORTH,

Defendant.

I hereby certify that on September 25, 2006, I served, or caused to be served, the following documents:

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO RETURN PROPERTY

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Jordan S Kushner**
kushn002@umn.edu

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and delivering by mail to:

Stepfon Cornelius Killingsworth
Reg. No. 10872-041, Dorm 208
Duluth Federal Camp
P.O. Box 1000
Duluth, MN 55814

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant