UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs

ORDER
Cr.02-409 RHK
CV 06-3978 RHK

Stepfon Cornelius Killingsworth,

Defendant.

-------------------------

The defendant in the above action has filed a motion with this Court seeking relief under 28 USC 2255.

IT IS ORDERED, that the United States Attorney shall file a responsive memorandum on or before November 13,2006.

Dated: October 13, 2006

s/ Richard H. Kyle
Richard H. Kyle, Judge
U.S. District Court