UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-409 (RHK)
Civil No. 06-3978 (RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPFON CORNELIUS KILLINGSWORTH,<br><br>Defendant. | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

The United States of America, through its attorneys, Rachel K. Paulose, United States Attorney, and Assistant United States Attorney Andrew Dunne, moves the Court for an enlargement of time in which to respond to Killingsworth's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. The government's response is due on November 13, 2006.

The undersigned counsel had surgery on October 12, 2006, and is scheduled to be out of the office on medical leave recuperating until January 5, 2007. The government respectfully requests an extension to, and including January 26, 2007, to allow sufficient time to return to the office and prepare and file its response.

Dated: October 23, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

*s/ Nathan Petterson*

FOR ~~BY~~: ANDREW DUNNE
Assistant U.S. Attorney
Attorney ID No. 175195