UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-409 (RHK)
Civil No. 06-3978 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| STEPFON CORNELIUS KILLINGSWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

The above-entitled matter is before the undersigned United States District Judge pursuant to the Government's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That the United States shall have until January 26, 2007, in which to respond to Defendant Killingsworth's § 2255 Habeas Motion.

Dated: October 27, 2006

S/ Richard H. Kyle
RICHARD H. KYLE, Judge
United States District Court