**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Criminal No. 02-409 (2) (RHK/AJB)
Civil No. 06-3978 (RHK)

vs.

**ORDER**

Stepfon Cornelius Killingsworth,

Defendant.

---

Defendant's Motion for an Extension of Time to File a Memorandum of Law in support of his Section 2255 Motion is **GRANTED**. Said Memorandum shall be served and filed by April 20, 2007.

By separate mailing, Defendant is being furnished with the transcripts of his August 19, 2003 Change of Plea Hearing and his April 13, 2004 Sentencing hearing. Accordingly, his pro se Motion for Production of Transcripts (Doc. No. 127) is **DENIED AS MOOT**.

Dated: February 15, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge