UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-409(RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RONALD WILLIAMS, et al., Defendants. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-409(RHK)

Defendant Name

(1) Ronald Williams

(2) Stepfon Killingsworth

Remove AUSA

Andrew S. Dunne

Add AUSA

Michael L. Cheever

Dated: April 4, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Michael L. Cheever

BY: Michael L. Cheever
Assistant U.S. Attorney
Attorney ID No. 192582