AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Stepfon Corneilius Killingsworth

Date of Previous Judgment: 04/13/2004
(Use Date of Last Amended Judgment if Applicable)

Case No: Cr. 02-409-02 RHK
USM No: 10872-041
Lyonel Norris
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 97 months months **is reduced to** 78 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 97 to 121 months | Amended Guideline Range: | 78 to 97 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 04/13/2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 08/06/2008

s/ Richard H. Kyle
Judge's signature

Effective Date: ____________
(if different from order date)

Richard H. Kyle, Judge US District Court
Printed name and title